State v. Elmer.

THE STATE v. ELMER, CLERK OF CUMBERLAND.

The rule that the surveyors on a road are to be chosen from the nearest townships is imperative, and must be observed as well in cases in as out of the county.

On *certiorari*, removing the return of a road from Roadstown to Bowenstown cross-roads, it appeared that Samuel Dallas, a surveyor for Downs township, was summoned and · acted, although there were three townships nearer than Downs to the place in question.

PER CUR. This return must be quashed. The words of the act call for the surveyors "chosen from the nearest townships," [56] and this rule must be observed as well on cases in as out of the county. See *The State* v. *Willingborough Road, post.*

CITED *in State* v. *Bergen,* 1 *Zab.* 343 ; *Parsell* v. *State,* 1 *Vr.* 542.